UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| CAREY BRABSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLOYD COUNTY BOARD OF )<br>EDUCATION, et al., )<br>)<br>Defendants. ) | Civil No. 10-159-ART<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment as well as the Order entered on April 3, 2012, R. 50, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of Defendants Floyd County Board of Education and Sherri Patterson. This is a **FINAL** and **APPEALABLE** order, and there is no just cause for delay.

This the 30th day of May, 2012.



Signed By:
*Amul R. Thapar* AT
United States District Judge